STATE, Respondent, v. LONERGAN, Appellant.

*No. State 121. Submitted February 1, 1973.—Decided February 27, 1973.*
(Also reported in 204 N. W. 2d 678.)

For the appellant the cause was submitted on the brief of *Gerald P. Boyle* of Milwaukee and *Phillip J. Eckert* of West Bend.

For the respondent the cause was submitted on the brief of *Robert W. Warren,* attorney general, and *Robert D. Martinson,* assistant attorney general.

PER CURIAM. The single issue dispositive of this appeal is whether the evidence is sufficient to establish the defense of entrapment to the charge of sale of marijuana. The court after a review of the record concludes that there was sufficient evidence presented to the trial court

to enable it to conclude beyond a reasonable doubt that the defendant had a prior disposition to commit the crime. Therefore the defense of entrapment fails. *See Hawthorne v. State* (1969), 43 Wis. 2d 82, 168 N. W. 2d 85; *see also: State v. Monsoor* (1973), 56 Wis. 2d 689, 203 N. W. 2d 20.

The judgment is affirmed.